WALSH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) Action by James G. Walsh against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.